FILED

UNITED STATES COURT OF APPEALS

JAN 8 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>STEVEN SURAJ VACHANI, et al.,<br><br>        Defendants - Appellants. | Nos. 13-17102<br>      13-17154<br><br>D.C. No. 5:08-cv-05780-LHK<br>Northern District of California,<br>San Jose<br><br>ORDER |

Appellee's opposed motion to consolidate Nos. 13-17102 and 13-17154 is granted. The opening brief(s) are due January 31, 2014. The answering brief is due March 3, 2014. The optional reply brief(s) are due within 14 days after service of the answering brief.

Appellants are reminded of the court's preference for a joint brief. 9th Cir. R. 28-4.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

Cole Benson
Supervising Deputy Clerk
Ninth Circuit Rules 27-7 and 27-10