**FILED**

UNITED STATES COURT OF APPEALS

AUG 07 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>          Plaintiff - Appellee,<br><br>  v.<br><br>POWER VENTURES, INC., a Cayman Island corporation and STEVEN SURAJ VACHANI, pro se, an indvidual,<br><br>          Defendants - Appellants. | Nos. 13-17102 and 13-17154<br><br>D.C. No. 5:08-cv-05780-LHK<br>Northern District of California, San Jose<br><br>ORDER |

The appellant's motion for leave to file a late joint reply brief is granted.

The Clerk shall file the previously submitted reply brief.

                  For the Court:

                  MOLLY C. DWYER
                  Clerk of the Court:

                  Cathie A. Gottlieb
                  Deputy Clerk
                  Ninth Cir. R. 27-7/Advisory Note to Rule 27
                      and Ninth Circuit 27-10

Cag/08/04/14/Pro Mo