OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
# ACKNOWLEDGMENT OF HEARING NOTICE (SAN FRANCISCO)

**I acknowledge receipt of the notice of assignment showing my case:**

| | |
|---|---|
| Case Number | 13-17102; 13-17154 |
| Case Title | Facebook, Inc. v. Power Ventures, Inc. et al. |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | 12/09/2015 | Time | 9:00 AM | Courtroom | 2 |
| Location | 3rd Floor Rm 330, James R. Browning U.S. Courthouse, San Francisco | | | | |

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Amy Sommer Anderson |
| Address | 156 2nd Street |
| City | San Francisco |
| State | CA |
| Zip Code | 94105 |
| Phone | 415-529-5148 |
| Email Address | anderson@aroplex.com |
| Party/parties represented | Power Ventures, Inc. |
| Special needs you may require in the courtroom | |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | s/ Amy Sommer Anderson | Date | 10/02/2015 |

## Filing Instructions

*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 193939, San Francisco CA 94119
*Overnight:* James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco CA 94103
Phone: 415-355-8190