FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NOV 05 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>        Plaintiff - Appellee,<br><br>v.<br><br>STEVEN SURAJ VACHANI, pro se,<br><br>        Defendant - Appellant. | No. 13-17102<br><br>D.C. No. 5:08-cv-05780-LHK<br>Northern District of California,<br>San Jose<br><br>ORDER |
| FACEBOOK, INC., a Delaware corporation,<br><br>        Plaintiff - Appellee,<br><br>v.<br><br>POWER VENTURES, INC., a Cayman Island corporation and STEVEN SURAJ VACHANI, pro se, an indvidual,<br><br>        Defendants - Appellants. | No. 13-17154<br><br>D.C. No. 5:08-cv-05780-LHK<br>Northern District of California,<br>San Jose |

The motion of amicus curiae Electronic Frontier Foundation ("EFF") for leave to participate in oral argument is GRANTED in part. EFF shall be allotted 5 minutes of Appellant Power Ventures, Inc.'s time, leaving 15 minutes to Appellant

Power Ventures, Inc. Appellee Facebook, Inc., shall be allotted 20 minutes of argument time.

                FOR THE COURT:

                MOLLY C. DWYER
                CLERK OF COURT

                By: Allison Fung
                Deputy Clerk