FILED

NOV 10 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>        Plaintiff - Appellee,<br><br>v.<br><br>STEVEN SURAJ VACHANI, pro se,<br><br>        Defendant - Appellant. | No. 13-17102<br><br>D.C. No. 5:08-cv-05780-LHK<br>Northern District of California,<br>San Jose<br><br>ORDER |
| FACEBOOK, INC., a Delaware corporation,<br><br>        Plaintiff - Appellee,<br><br>v.<br><br>POWER VENTURES, INC., a Cayman Island corporation, and STEVEN SURAJ VACHANI, pro se, an indvidual,<br><br>        Defendants - Appellants. | No. 13-17154<br><br>D.C. No. 5:08-cv-05780-LHK<br>Northern District of California,<br>San Jose |

Appellee's Request for Exemption From Circuit Rule 46-5 is GRANTED.

FOR THE COURT

MOLLY C. DWYER
CLERK OF COURT

By: Wendy Lam
Deputy Clerk