**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 01 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>   Plaintiff - Appellee,<br><br>v.<br><br>STEVEN SURAJ VACHANI, pro se,<br><br>   Defendant - Appellant. | No. 13-17102<br><br>D.C. No. 5:08-cv-05780-LHK<br>Northern District of California,<br>San Jose<br><br>ORDER |

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>   Plaintiff - Appellee,<br><br>v.<br><br>POWER VENTURES, INC., a Cayman Island corporation and STEVEN SURAJ VACHANI, pro se, an indvidual,<br><br>   Defendants - Appellants. | No. 13-17154<br><br>D.C. No. 5:08-cv-05780-LHK<br>Northern District of California,<br>San Jose |

Defendant-Appellant Vachani's Motion for Reconsideration to Allow Vachani Time for Oral Argument is GRANTED. Defendant-Appellant Vachani shall be allotted 5 minutes of argument time in addition to the time allotted to the other parties and to the amicus.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Allison Fung
Deputy Clerk