**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 22 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation, | No. 13-17102 |
| Plaintiff - Appellee, | D.C. No. 5:08-cv-05780-LHK |
| v. | ORDER |
| POWER VENTURES, INC., dba Power.com, a California corporation; POWER VENTURES, INC., a Cayman Island corporation, | |
| Defendants, | |
| and | |
| STEVEN SURAJ VACHANI, an individual, | |
| Defendant - Appellant. | |
| FACEBOOK, INC., a Delaware corporation, | No. 13-17154 |
| Plaintiff - Appellee, | D.C. No. 5:08-cv-05780-LHK |
| v. | |
| POWER VENTURES, INC., dba Power.com, a California corporation, | |

>             Defendant,
>
>   and
>
>   POWER VENTURES, INC., a Cayman
>   Island corporation; and STEVEN SURAJ
>   VACHANI, an individual,
>
>             Defendants - Appellants.

Before: GRABER, WARDLAW, and MURGUIA, Circuit Judges.

The unopposed motion for an extension of time to August 9, 2016, to file a petition for panel rehearing and rehearing en banc is GRANTED.