**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 16 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation, </br></br>  Plaintiff - Appellee,</br></br> v.</br></br>POWER VENTURES, INC., dba Power.com, a California corporation; POWER VENTURES, INC., a Cayman Island corporation,</br></br>  Defendants,</br></br> and</br></br>STEVEN SURAJ VACHANI, an individual,</br></br>  Defendant - Appellant. | No. 13-17102</br></br>D.C. No. 5:08-cv-05780-LHK</br></br>ORDER |
| FACEBOOK, INC., a Delaware corporation,</br></br>  Plaintiff - Appellee,</br></br> v.</br></br>POWER VENTURES, INC., dba Power.com, a California corporation, | No. 13-17154</br></br>D.C. No. 5:08-cv-05780-LHK |

> Defendant,
>
> and
>
> POWER VENTURES, INC., a Cayman Island corporation; and STEVEN SURAJ VACHANI, an individual,
>
> Defendants - Appellants.

Before: GRABER, WARDLAW, and MURGUIA, Circuit Judges.

The unopposed motion for an extension of time to September 15, 2016, to file a response to the petition for rehearing and rehearing en banc is GRANTED.