# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 13, 2017

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  Power Ventures, Inc., et al.
          v. Facebook, Inc.
          No. 16-1105
          (Your No. 13-17102, 13-17154)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on March 9, 2017 and placed on the docket March 13, 2017 as No. 16-1105.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst