**FILED**

UNITED STATES COURT OF APPEALS

MAY 09 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>POWER VENTURES, INC., dba Power.com, a California corporation; POWER VENTURES, INC., a Cayman Island corporation,<br><br>    Defendants,<br><br>and<br><br>STEVEN SURAJ VACHANI, an individual,<br><br>    Defendant - Appellant. | No. 13-17102<br><br>D.C. No. 5:08-cv-05780-LHK<br>Northern District of California, San Jose<br><br>ORDER |
| FACEBOOK, INC., a Delaware corporation,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>POWER VENTURES, INC., dba Power.com, a California corporation,<br><br>    Defendant,<br><br>and | No. 13-17154<br><br>D.C. No. 5:08-cv-05780-LHK<br>Northern District of California, San Jose |

POWER VENTURES, INC., a Cayman Island corporation, and STEVEN SURAJ VACHANI, an indvidual,

       Defendants - Appellants.

Before: GRABER, WARDLAW, and MURGUIA, Circuit Judges.

Appellee's Unopposed Request for an Exemption From Circuit Rule 46-5 for Hannah R. Garden-Monheit is GRANTED.